### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

|  |  |  |
|---|---|---|
| MARK D. ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:19-cv-565-JDK-KNM |
| | § | |
| KEN PAXTON, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

### FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** for purposes of proceeding *in forma pauperis* as frivolous and for failure to state a claim against the Defendants Paxton, Mitchell, Moore, Boyd, Gohmert, Livingston, Glassner, Hill, Gastler, White, the Aryan Brotherhood of Texas, Jones, Westbrook, Baldwin, Carrell, Stone, and Masle, and as to the taking of his 80 days of work time credits; **DISMISSED WITH PREJUDICE** as to the Plaintiff's claims concerning his Coryell County conviction and the placement of an escape designator in his record, until such time as he can show that the Coryell County conviction has been overturned, expunged, or otherwise set aside; and **DISMISSED WITHOUT PREJUDICE** as to all other claims, including the Plaintiff's right to seek redress for the confiscation of his property through the administrative processes of TDCJ or the courts of the State of Texas.

All pending motions are **DENIED** as **MOOT**.  The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **23rd** day of  **February, 2021.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2